1  Franklin J. Love, Bar #80334
2  125 South Citrus Avenue, Suite 101
3  Covina, CA 91723
4  Telephone-626-653-0455
5  Fax-626-653-0465
6  Email-office@fjlovelaw.com
7  Attorney for Defendant, CMRE Financial
8  Services, Inc.

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE PASQUALE ) | CASE NO. CV11-01864 HRL |
| ) | REQUEST BY DEFENDANT'S |
| PLAINTIFFS ) | ATTORNEY, FRANKLIN J. LOVE, TO |
| ) | APPEAR TELEPHONICALLY AT CASE |
| VS ) | MANAGEMENT CONFERENCE |
| ) | |
| CMRE FINANCIAL SERVICES, INC ) | DATE: JULY 20, 2011 |
| ) | TIME: 2:00 PM |
| DEFENDANT ) | DEPT: 4 |
| _____ ) | JUDGE LUCY KOH |

    Franklin J. Love, attorney for Defendant, CMRE Financial Services, Inc. requests this Court's permission to appear telephonically at the Case Management Conference on July 20, 2011 at 2:00 PM in Department 4. The basis of said request is that Franklin J. Love's office is located in Southern California and that to appear in person would require several hours of travel time and airfare expense. It is submitted that a personal appearance would not

-1-

REQUEST BY DEFENDANT'S ATTORNEY, FRANKLIN J. LOVE, TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

1 | accomplish anything more than can be accomplished by a telephonic appearance.
2 | Accordingly, it is requested that the Court grant this request.
3 | Dated: July 7, 2011                                  _____
4 |                                                                  /S/ FRANKLIN J. LOVE
5 |                                                                  ATTORNEY FOR DEFENDANT
6 |                                                                  CMRE FINANCIAL SERVICES, INC

-2-

REQUEST BY DEFENDANT'S ATTORNEY FRANKLIN J. LOVE TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | PROOF OF SERVICE BY ELECTRONIC FILING |
| 2 | I, Franklin J. Love, state that I am attorney for Plaintiff.  On June 24, 2011, I served this |
| 3 | Request By Defendant's Attorney Franklin J. Love To Appear Telephonically At Case |
| 4 | Management Conference by utilizing this court's Electronic Case Filing System, which |
| 5 | shows that the same will be electronically served upon the Plaintiff's Attorney, Christopher |
| 6 | Caddy, at his registered email address of: |
| 7 | caddy@consumerlawcenter.com |
| 8 | I declare under penalty of perjury that the foregoing is true and correct.  Executed at |
| 9 | Covina, California on July 7, 2011. |
| 10 | _____ |
| 11 | /S/ FRANKLIN J. LOVE |

PROOF OF SERVICE BY ELECTRONIC FILING