Christopher Addy (SBN: 256044)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 x 271
F: (866) 799-3206
caddy@consumerlawcenter.com
Attorney for Plaintiff,
EUGENE PASQUALE

Franklin J. Love (SBN: 80334)
Law Offices of Franklin J. Love
125 S Citrus Avenue
Suite 101
Covina CA 91723
T: (626) 653-0455
F: (626) 653-0465
office@fjlovelaw.com
Attorney for Defendant,
CMRE FINANCIAL SERVICES, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| EUGENE PASQUALE, ) | Case No.: 5:11-cv-01864-LHK |
| Plaintiff, ) | |
| ) | **Joint Case Management Statement** |
| v. ) | |
| ) | |
| CMRE FINANCIAL SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

COMES NOW Plaintiff and Defendant through their undersigned counsel and hereby make this Joint Case Management Statement as pursuant to Civil Local Rule 16-9 and the Order Setting a new Initial Case Management Conference on July 20, 2011.

 1). **Jurisdiction and Service;**

 (a) Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United

- 1 -

JOINT CASE MANAGEMENT STATEMENT

States district court without regard to the amount in controversy" and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

b) As Plaintiff resides within this district and Defendant conducts business here, personal jurisdiction is satisfied for all parties.

c) Defendant was successfully served on June 9, 2011.  Defendant's Answer was filed on June 24, 2011.

2). **Facts of Case;**

(a) Plaintiff alleges that Defendant has been communicating with Plaintiff regarding an alleged debt despite receiving a cease and desist letter demanding that all phone calls stop.  Plaintiff alleges that Defendant further enaged in deceptive collection practices by misrepresenting the name of the original creditor, and that Defendant's actions are in violation of both the Fair Debt Collection Practices Act and the Rosenthal Fair Debt Collection Practices Act. Defendant contends it undertook lawful efforts to collect the alleged debt owed by Plaintiff.

3). **Legal Issues;**

(a) Whether or not Defendant's alleged actions violated Plaintiff's rights afforded by the Fair Debt Collection Practices Act, 15 USC 1692 et seq. and the Rosenthal Fair Debt Collection Practices Act, Cal Civ. 1788 et seq.

4). **Motions;**

(a) No prior or pending motions in the present matter.

(b) Defendant may file a motion for summary judgment.

JOINT CASE MANAGEMENT STATEMENT

5). **Amendment of Pleadings;**

    (a)    At present, neither party anticipates any further amendments to pleadings. However, parties reserve the right to do if needed and in accordance with the FRCP and Local Rules.

6. **Evidence Preservation;**

    (a)    Parties agree to preserve any and all evidence within its possession either physically or electronically stored.  Parties agree to cease any and all deletion or destruction policies it may have that would lead to the destruction of evidence in this matter.

7. **Disclosures;**

    (a)    Parties agree to serve written disclosures upon each other within fourteen (14) days of the 26f meeting as pursuant to the Federal Rules of Civil Procedure.

8. **Discovery;**

    (a)    No discovery has been taken as of yet by either party

    (b)    Parties agree that Federal Rule of Civil Procedure 26(b)(1) controls the scope of discovery in the present matter.

    (c)    Parties agree that the uses and limits of discovery devices be governed by the rules contained within the Federal Rules of Civil Procedure.

    (d)    Rule 26(f) Discovery Plain;

        i)    Discovery Cut-Off is January 21, 2012.

        ii)    All Written Discovery served by December 1, 2011.

        iii)    All depositions to be completed by January 21, 2012.

9. **Class Actions;**

    (a)    Present Matter is not a class action.

JOINT CASE MANAGEMENT STATEMENT

10. **Related Cases;**

    (a)    The present matter is not related to any other cases.

11. **Relief;**

    (a)    Plaintiff seeks statutory damages of $1,000 pursuant to 15 USC 1692k(2)(A) and $1,000 pursuant to Cal. Civ. 1788.30(b).

    (b)    Plaintiff seeks any other relief that this court deems to be just and proper.

    (c)    Plaintiff seeks reasonable attorneys fees and costs as pursuant to 15 USC 1692k(3) and Cal. Civ. 1788.30(c).

    (d)    Defendant seeks a dismissal of the present action.

    (e)    Defendant seeks further relief as this court deems proper.

12. **Settlement and ADR;**

    (a)    Parties have agreed to make good faith efforts to settle the present matter and will continue to do so.

    (b)    No ADR efforts have been made to date.

    (c)    Parties agree to file and serve their ADR Certifications on or before the Case Management Conference.

    (d)    Parties stipulate to mediation.

    (e)    Parties believe that written and oral discovery pertaining to Plaintiff allegations and Defendant's defenses, and Defendant's account notes is key before the matter can be resolved.

13. **Consent to Magistrate Judge;**

    (a)    Parties do not consent to Magistrate Jurisdiction.

JOINT CASE MANAGEMENT STATEMENT

14. **Other References;**

    (a)    Parties do not believe the present matter is suited for binding arbitration, a special master or any other reference.

15. **Narrowing of Issues;**

    (a)    None.

16. **Expedited Schedule;**

    (a)    Parties agree the present matter is not suit for streamlined procedures.

17. **Scheduling;**

    (a)    Designation of Experts to be no later than December 21, 2011.

    (b)    Discovery Cut-Off; January 21, 2012.

    (c)    Motion Cut-Off; March 14, 2012.

    (d)    Pre-trial conference; April 2012.

    (e)    Trial; May 2012.

18. **Trial;**

    (a)    Plaintiff requested trial by jury in his complaint.

    (b)    Parties believe that trial would necessitate two (2) days.

19. **Disclosure of Non-Party Interested Entities or Persons;**

    (a)    Plaintiff has filed a Certificate of Interested Persons as required by local Rule 3-16;

    (b)    Plaintiff states that only the named Plaintiff has a direct financial or other interested in the present matter.

    (c)    All parties have filed the certificate of interested parties.

20. **Other Matters**

    (a)    None.

JOINT CASE MANAGEMENT STATEMENT

1    DATED: July 13, 2011                KROHN & MOSS, LTD.

2                                      By: /s/ Christopher Addy

3                                          Christopher Addy
4                                          Attorney for Plaintiff

5

6    DATED: July 13, 2011                LAW OFFICES OF FRANKLIN J. LOVE

7

8                                      By: /s/ Franklin J. Love

9                                          Franklin J. Love
                                         Attorney for Defendant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JOINT CASE MANAGEMENT STATEMENT