**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| EUGENE PASQUALE, | ) Case No.: 5:11-cv-01864-LHK |
| Plaintiff, | ) {~~PROPOSED~~} ORDER |
| v. | ) |
| CMRE FINANCIAL SERVICES, INC., | ) |
| Defendant. | ) |

**~~PROPOSED~~ ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF**

THIS CAUSE CAME TO BE HEARD upon Plaintiff's Notice to Substitute Counsel. Having considered the matter and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Substitution of Counsel shall be granted.

DATED: October 17, 2011                    BY: *Lucy H. Koh*
                                            Hon: LUCY H. KOH