1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

9

10

11  EUGENE PASQUALE,                                ) **Case No.: 5:11-cv-01864-LHK**
                                                   )
12              Plaintiff,                         ) **{~~PROPOSED~~} ORDER**
                                                   )
13          v.                                     )
                                                   )
14  CMRE FINANCIAL SERVICES, INC.,                 )
                                                   )
15              Defendant.                         )
                                                   )

16

17  **~~PROPOSED~~ ORDER OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF**

18      THIS CAUSE CAME TO BE HEARD upon Plaintiff's Notice to Substitute Counsel.

19  Having considered the matter and for good cause shown, IT IS HEREBY ORDERED that

20  Plaintiff's Substitution of Counsel shall be granted.

21

22

23  DATED:  October 17, 2011            BY: *Lucy H. Koh*
                                        Hon: LUCY H. KOH

24

25

- 1 -